UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Docket No. 3:00-CR-00183(AWT) |
| | : | |
| IVANOV, et al | : | December 9, 2004 |

MOTION TO WITHDRAW AND APPEARANCE

To the Clerk of the Court and all parties of record, please withdraw the

appearance of Mark G. Califano, Assistant United States Attorney, and Shawn J. Chen,

Assistant United States Attorney, as counsel for the United States of America in the

above-referenced case and enter my appearance as counsel in this case for the United

States of America.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
915 Lafayette Boulevard Room 309
Bridgeport, Connecticut   06604
(203) 696-3000
Federal Bar No. ct15565

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the within and foregoing was mailed this 17th day of August, 2004 to:

C. Thomas Furniss, Esq.
Furniss & Quinn
248 Hudson Street
Hartford, CT 06106

Morgan Paul Rueckert
Shipman & Goodwin
300 Atlantic Street
Stamford, CT 06901-3522


_____    _____
                                    JAMES K. FILAN, JR.
                                    ASSISTANT UNITED STATES ATTORNEY