# UNITED STATES DISTRICT COURT

**DISTRICT OF** CONNECTICUT

UNITED STATES OF AMERICA

V.  **APPEARANCE**

**IVANOV, et al**

DOCKET NUMBER: 3:00-CR-00183(AWT)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

DECEMBER 9, 2004
DATED                                         SIGNATURE

JAMES K. FILAN, JR.
PRINT NAME

ASSISTANT UNITED STATES ATTORNEY
ct15565
FEDERAL BAR NUMBER

United States Attorney's Office
915 Lafayette Boulevard Room 309
ADDRESS

Bridgeport, Connecticut   06604
CITY         STATE         ZIP CODE

203-696-3000
PHONE NUMBER

## CERTIFICATION OF SERVICE

  This is to certify that a copy of the within and foregoing was mailed to the following this 9th day of December, 2004:

C. Thomas Furniss, Esq.
Furniss & Quinn
248 Hudson Street
Hartford, CT 06106

Morgan Paul Rueckert
Shipman & Goodwin
300 Atlantic Street
Stamford, CT 06901-3522

                _____
                JAMES K. FILAN, JR.
                ASSISTANT UNITED STATES ATTORNEY