245

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 10 A 11:01
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Docket No. 3:00-CR-00183(AWT) |
| IVANOV, et al | : December 9, 2004 |

### MOTION TO WITHDRAW AND APPEARANCE

To the Clerk of the Court and all parties of record, please withdraw the appearance of Mark G. Califano, Assistant United States Attorney, and Shawn J. Chen, Assistant United States Attorney, as counsel for the United States of America in the above-referenced case and enter my appearance as counsel in this case for the United States of America.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY
United States Attorney's Office
915 Lafayette Boulevard Room 309
Bridgeport, Connecticut 06604
(203) 696-3000
Federal Bar No. ct15565

**DENIED, as moot.**
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    12/15/04

FILED
2004 DEC 16 P 3:4_
U.S. DISTRICT COURT
HARTFORD, CT.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing was mailed this 17th day of August, 2004 to:

C. Thomas Furniss, Esq.
Furniss & Quinn
248 Hudson Street
Hartford, CT 06106

Morgan Paul Rueckert
Shipman & Goodwin
300 Atlantic Street
Stamford, CT 06901-3522

JAMES K. FILAN, JR.
ASSISTANT UNITED STATES ATTORNEY