

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 3:00CR183(AWT) |
| vs. | |
| ALEXEY V. IVANOV | : JANUARY 7, 2003 |

### MOTION FOR AUTHORIZATION TO OBTAIN SERVICES OF IMMIGRATION ATTORNEY

Defendant hereby moves the Court, in accordance with certain provisions of the Criminal Justice Act, to authorize the Defendant to obtain the services of an attorney who is specialized in immigration matters, and specifically to approve reimbursement for the necessary expenses so long as they are documented and reasonable in accordance with CJA procedures.

Defendant represents that the services are necessary for the reasons that follow.

In November of 2002, at a time when the Defendant was pressing a Motion seeking his release on conditions, the Government filed a detainer relating to immigration questions which might be raised. No detainer had existed before; and, on information and belief, absent the Defendant's desire to be released on conditions following his guilty plea in August of 2002 and prior to his sentencing, it is believed that no detainer would have been filed.

The Defendant is currently incarcerated at Fort Dix, New Jersey. His ultimate release date is May 5, 2004. Defendant has been told that, absent the existing detainer, he would have been eligible to be placed in a halfway house in Hartford on or about December 31, 2003.

In addition, it is counsel's understanding that, until and unless the detainer is removed, the Defendant's release is substantially in jeopardy. The undersigned have worked very hard within the

**DENIED, as moot.
It is so ordered.**

1

Alvin W. Thompson, U.S.D.J.
Hartford, CT    3/18/05

limitations of their understanding of immigration law to effect a removal of the detainer; but, having exhausted all avenues they are aware of, they wish the Court to authorize the appointment as described above.

Attorney Furniss has spoken to Attorney William J. Anastasi, who has helped informally in this matter heretofore and who is generally rather familiar with it; Attorney Anastasi is not on the CJA panel but it is requested that the Court approve reasonable expenses which at this time are not expected to exceed $5,000.00 in order that Defendant may obtain his services.

DEFENDANT
ALEXEY V. IVANOV

BY /s/ C. Thomas Furniss
C. Thomas Furniss
Fed Bar #ct00028

Furniss & Quinn, P.C.
248 Hudson Street
Hartford, CT 06106

(860)527-2245
Fax: (860)241-1032

/s/ Morgan Paul Rueckert     (C77)
Morgan Paul Rueckert
Fed Bar #ct19838

Shipman & Goodwin
One Landmark Square
Stamford, CT 06901

(203) 324-8112

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this 7th day of January, 2004 to:

Hon. Alvin W. Thompson
United States District Judge
450 Main Street
Hartford, CT 06103

Mark Califano
Assistant U.S. Attorney
915 Lafayette Blvd
Bridgeport, CT 06604

Shawn J. Chen
Assistant U.S. Attorney
157 Church Street
New Haven, CT 06510

Alexey V. Ivanov #30491-086
Fort Dix FCI
Unit 5852
P.O. Box 38
Fort Dix, NJ 08640

Morgan Paul Rueckert
Shipman & Goodwin
One Landmark Square
Stamford, CT 06901

Martha Newberry
U.S. Probation Officer
450 Main Street
Hartford, CT 06103

C. Thomas Furniss, Esq.