UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:00CR183(AWT) |
| v. | : | |
| ALEXEY V. IVANOV | : | May 24, 2005 |

## MOTION TO SEAL

The Defendant, acting herein by his undersigned counsel, hereby moves the Court to Seal the billing package being filed concurrently herewith.

DEFENDANT,
ALEXEY V. IVANOV

By /s/ C. Thomas Furniss

C. Thomas Furniss
Federal Bar No. ct 00028
Furniss & Quinn, P.C.
248 Hudson Street
Hartford, CT 06106
Tel: (860)527-2245
Fax: (860)241-1032

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/23/-5

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 24th day of May, 2005 to:

James Filan
Assistant U.S. Attorney
915 Lafayette Blvd
Bridgeport CT 06604

_____
C. Thomas Furniss

C:\CTFurniss\IvanMay05Cert.serv.doc