UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:00CR183(AWT) |
| v. | : | |
| ALEXEY V. IVANOV | : | June 1, 2005 |

## MOTION TO AUTHORIZE TRAVEL EXPENSES
## NUNC PRO TUNC

The undersigned counsel for the Defendant hereby moves the Court to authorize Nunc Pro Tunc certain travel expenses incurred by the undersigned on August 3-4, 2004 in the course of his representation of the Defendant. Attached hereto are an "Other Expense Work Sheet-Trip to Canada" - a CJA form - and copies of the bills listed there. Also attached is a copy of an e-mail from Shane Berry, the FBI Case Agent, to the undersigned dated August 2, 2004, stating the need for the trip.

The undersigned thought the need for a trip like this had been discussed in general either in a conference call or at the time of the restitution hearing on June 30, 2004, but has no records of such a discussion and simply forgot to ask for advance authorization. It is requested that authorization now be given.

DEFENDANT,
ALEXEY V. IVANOV

By /s/ _____

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT 6/23/05

C. Thomas Furniss
Federal Bar No. ct 00028
Furniss & Quinn, P.C.
248 Hudson Street
Hartford, CT 06106
Tel: (860)527-2245
Fax: (860)241-1032