United States District Court
District of Connecticut
FILED AT NEW HAVEN
6/24/2005
Kevin F. Rowe, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : No 3:00CR183(AWT) |
| vs. | |
| ALEXEY V. IVANOV | : JULY 3, 2003 |

## MOTION TO SEAL

Defendant hereby moves the Court to Seal the billing package which is being sent to the Clerk's office in New Haven on the date of this Motion inasmuch as much of the work described in the detailed time sheets which are part of the package involves issues and documents which have previously been the subject of sealing orders.

DEFENDANT
ALEXEY V. IVANOV

BY: _____
C. Thomas Furniss
Fed Bar #ct00028

Furniss & Quinn, P.C.
248 Hudson St.
Hartford CT 06106

(860) 527-2245
FAX: (860) 241-1032

GRANTED. It is so ordered.
_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/23 ps

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 3rd day of July, 2003 to:

Hon. Alvin W. Thompson
United States District Judge
450 Main Street
Hartford CT 06103

Mark Califano
Assistant U.S. Attorney
915 Lafayette Blvd
Bridgeport CT 06604

Shawn J. Chen
Assistant U.S. Attorney
157 Church St.
New Haven CT 06510

Alexey V. Ivanov - 287004
New Haven Correctional Facility
245 Whalley Ave
P O Box 8000
New Haven CT 06530

Morgan Paul Rueckert
Shipman & Goodwin
One Landmark Square
Stamford CT 06901

Martha Newberry
U.S. Probation Officer
450 Main St
Hartford CT 06103

_____
C. Thomas Furniss

C:\CTFurniss\IvanCERT.serv.doc