UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT   NEW HAVEN
_____6/24_____....0 05
Kevin F. Rowe, Clerk
By_____
Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO: |
| : | 3:00CR183 (AWT) |
| v. : | |
| : | |
| : | |
| ALEXEY V. IVANOV : | January 5, 2004 |

## MOTION TO SEAL

The Defendant, Alexey V. Ivanov, by and through the undersigned counsel, moves this Honorable Court for an Order sealing the following documents in the above-captioned matter: Criminal Justice Act Voucher, Invoice, and accompanying Affidavit. Sealing is requested to ensure the confidentiality of the descriptions of the legal tasks performed on behalf of the Defendant that are contained in the Invoice attached to the Voucher and in the accompanying Affidavit.

DEFENDANT,
ALEXEY V. IVANOV

By_____
Morgan P. Rueckert
Federal Bar No. ct 19838
Shipman & Goodwin LLP
300 Atlantic Street
Stamford, CT 06901
Tel: (203) 324-8100
Fax: (203) 324-8199
MRueckert@goodwin.com
His Attorney

**GRANTED.** It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT  6/23/05

361509

## CERTIFICATION OF SERVICE

I hereby certify that copies of the foregoing Motion to Seal were mailed, via U.S. Mail, postage prepaid and faxed, on the 5th day of January, 2004, to:

Mark Califano, Esq.
Assistant United States Attorney
915 Lafayette Boulevard
Bridgeport, CT  06604

Shawn J. Chen, Esq.
Assistant United States Attorney
157 Church Street
New Haven, CT  06510

C. Thomas Furniss, Esq.
Furniss & Quinn, P.C.
248 Hudson Street
Hartford, CT  06106

The Criminal Justice Act Voucher, attached Invoice, and accompanying Affidavit were not provided to the Government.

Morgan P. Rueckert