UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No 3: 07CR156(JBA) |
| vs. | | |
| ALEXEY IVANOV | : | SEPTEMBER 19, 2007 |

## MOTION TO SEAL

The Defendant, acting herein by his undersigned counsel, hereby moves the Court for an order sealing the Motion which accompanies this Motion to Seal.

                                                                               DEFENDANT
                                                                               ALEXEY IVANOV

By: _____

                               C. Thomas Furniss
                               Fed Bar #00028
                               Furniss & Quinn, P.C.
                               248 Hudson St.
                               Hartford CT 06106

                               Tel. (860) 527-2245
                               Fax (860) 241-1032
                               e-mail: tfurniss&fqlaw.net